**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE COLLEGE COMPANY LLC,

    PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:26-CV-04271

# EXHIBIT 1 | TRADEMARK

| TRADEMARK | | | |
|---|---|---|---|
| REG. NO. | MARK | CLASS(ES) OF GOODS & SERVICES | REG. DATE |
| 6770507 | BIRDS AREN'T REAL | IC025: clothing, namely, shirts, hats, sweatshirts, t-shirts, long-sleeved t-shirts, socks | Jun. 28, 2022 |

# United States of America
## United States Patent and Trademark Office

# BIRDS AREN'T REAL

**Reg. No. 6,770,507**
**Registered Jun. 28, 2022**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

THE COLLEGE COMPANY LLC  (ARKANSAS LIMITED LIABILITY COMPANY)
4494 W Patrick St
Fayetteville, ARKANSAS 72704

CLASS 25: clothing, namely, shirts, hats, sweatshirts, t-shirts, long-sleeved t-shirts, socks

FIRST USE 10-8-2019; IN COMMERCE 10-8-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-205,113, FILED 09-23-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

